IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FIELDING KIMERY**                                                                                     **PLAINTIFF**
**ADC #133741**

**VS.**                                              **4:21-cv-00071-BRW**

**DEXTER PAYNE;** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of March, 2021.

                                                            Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE